| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Mark Morrison, 152561<br>MARK MORRISON<br>524 San Anselmo Avenue<br>San Anselmo, CA 949602665 | (415) 460-1056<br><br>Ref No or File No | FILED<br>08 APR 25 PM 3: 33<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Morrison v. Zangpo | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Mark Morrison

DEFENDANT:
Uli Zangpo

| PROOF OF SERVICE | DATE: 7/16/2008 | TIME: 1:30 PM | DEPT/DIV: C | CASE NUMBER: CV 08 1945 EMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, Exhibit H, Exhibit I, Exhibit J, ECF Registration Information Handout, Local Rules of the Us District Court - SF, Drop Box Filing Procedures, Notice of Assignment of Case to A US Magistrate, Contents of Joint Case Management Statement, See Attachment

2. Party Served:           Uli Zangpo

3. Person Served:          party in item 2

4. Date & Time of Delivery:  4/24/2008      8:00 PM

5. Address, City and State:  25 Morelos AVE
                             Forest Knolls, CA  94933

6. Manner of Service:      Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 74.00

Registered California process server.
County: MARIN
Registration No.: 186

James Ruiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/25/2008 at Oakland, California.

Signature: _____
            James Ruiz

FF# 6660515

Attachment :

Consent to Proceed Before a US Magistrate, Declination to Proceed before a Magistrate Judge, Case Schedule - ADR Multi-Option Program, Standing Order for Civil Practice in Cases Assigned for All Purposes