UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mark Morrison

    Plaintiff(s),

v.

Uli Zangpo

    Defendant(s).

No. CV-08-1945

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 4-29-08

/s/ Matthew Kurilich
Signature

Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")