1 *Lead Counsel*
Matthew Kurilich, Bar Number 30712
2 17321 Irvine Boulevard, Suite 115
Tustin CA 92780
3 Tel (714) 231-9607
Fax (714) 734-3716
4 mattkurilich@yahoo.com

5 *Co-Counsel*
Mark Morrison, Bar Number 152561
6 220 Second ST, No. 30
Langley, WA 98260
7 Tel 360-221-0253
Fax 360-851-2010
8 mark@markmorrisonlaw.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON, an individual; ) | **Case No: 3:08-CV-1945-EMC** |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S CERTIFICATION OF** |
| ) | **INTERESTED ENTITIES OR** |
| vs. ) | **PERSONS** |
| ) | |
| ULI ZANGPO, an individual; ) | |
| ) | |
| Defendants. ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| Dated: May 7, 2008 | Respectfully submitted, |
| | MATT KURILICH ATTORNEY AT LAW |
| | By: /s/ Matthew Kurilich |
| | Matthew Kurilich, |
| | Attorney for Plaintiff |

*Co-Counsel*
Mark Morrison, Bar Number 152561
220 Second ST, No. 30
Langley, WA 98260
Tel 360-221-0253
Fax 360-851-2010
mark@markmorrisonlaw.com