**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>    Plaintiff,<br><br>vs.<br><br>ULI ZANGPO,<br>    Defendant. | ) No. CV 08 1945 EMC<br>)<br>) **STIPULATION EXTENDING TIME**<br>) **TO RESPOND TO COMPLAINT**<br>)<br>)<br>) |

Plaintiff, Mark Morrison, and Defendant, Uli Zangpo, through their respective counsel, hereby stipulate to extend the time for Defendant to respond to the Complaint in this proceeding to June 11, 2008.

So Stipulated.

Dated: May 15, 2008
/s/
_____
Matthew Kurlich, Attorney for Plaintiff

Dated: May 15, 2008
/s/
_____
Neil Jon Bloomfield, Attorney for Defendant

1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT