1  **LAW OFFICES OF NEIL JON BLOOMFIELD**
2  Neil Jon Bloomfield, Esq. (State Bar No. 52235)
   901 E Street, Suite 100
3  San Rafael, CA 94901
4  Telephone:  415-454-2294
   Facsimile:   415-457-5348
5

6  Attorneys for Defendant
7  ULI ZANGPO

8              UNITED STATES DISTRICT COURT FOR THE
9              NORTHERN DISTRICT OF CALIFORNIA
10
11
12 MARK MORRISON.                    ) No. CV 08 1945 EMC
        Plaintiff,                   )
13                                   ) **STIPULATION EXTENDING TIME**
14      vs.                          ) **TO RESPOND TO COMPLAINT**
                                     )
15 ULI ZANGPO,                       )  ORDER
                                     )
16      Defendant.                   )
17 ─────────────────────────────────
18
      Plaintiff, Mark Morrison, and Defendant, Uli Zangpo, through their respective
19
   counsel, hereby stipulate to extend the time for Defendant to respond to the Complaint
20
   in this proceeding to June 11, 2008.
21
      So Stipulated.
22

23
                                              /s/
24 Dated:  May 15, 2008      _____
25                                    Matthew Kurlich, Attorney for Plaintiff

26
                                              /s/
27 Dated:  May 15, 2008      _____
28                                    Bloomfield, Attorney for Defendant

*IT IS SO ORDERED*
Judge Edward M. Chen

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT