**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>    Plaintiff,<br><br>vs.<br><br>ULI ZANGPO,<br>    Defendant. | No. CV 08 1945 EMC<br><br>**DECLARATION OF NEIL JON BLOOMFIELD IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION**<br><br>Date: September 10, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom C, 15th Floor |

I, Neil Jon Bloomfield, declare as follows:

1. I am the attorney for Defendant Uli Zangpo.

2. On June 9, 2008, I checked the website for the State Bar of California. It showed that Plaintiff is an active member, with California State Bar number 152561.

3. On June 9, 2008, I checked the Lawyer Directory of the Washington State Bar Association. There was no record that Mark Morrison is a member of the California State Bar.

4. On June 9, 2008, I checked the website of the California Department of Real Estate. It showed that Plaintiff. It showed that Plaintiff holds a current broker's license, number 01168751.

5. On June 9, 2008, I checked the Business and Professional License Search at the website of the Washington State Department of Licensing, the agency that apparently maintains records of

1

real estate licensees in Washington State. There was no record that Plaintiff holds any real estate license in Washington State. (There is a Mark C. Morrison listed with an inactive license last issued in January, 2006, but Plaintiff is listed on the California State Bar's website as Mark *Alan* Morrison.)

6. On June 9, 2008, I performed a person search on a Lexis database available to me. It showed that Plaintiff has had an address in California going back to 1986.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of June, 2008, at San Rafael, California.

/s/
_____
Neil Jon Bloomfield