**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348
njbloomfield@njblaw.com

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>   Plaintiff,<br><br>vs.<br><br>ULI ZANGPO,<br>   Defendant.<br>_____ | ) No. CV 08 1945 EMC<br>)<br>) **(PROPOSED) ORDER GRANTING**<br>) **MOTION TO DISMISS FOR LACK OF**<br>) **JURISDICTION**<br>) Date:  September 10, 2008<br>) Time:  10:30 a.m.<br>) Place: Courtroom C, 15th Floor<br>)<br>) |

   This matter came on for hearing on September 10, 2008 on Defendant's duly-noticed motion to dismiss on the grounds of lack of jurisdiction. The court has read the papers submitted in support and in opposition to the motion, and has considered the arguments of counsel and the authorities cited to the court.

   The Court has concluded that there is no diversity between the parties. Therefore,

   IT IS ORDERED THAT

   1. The motion of Defendant is GRANTED.

//

//

1      2.  The case will be dismissed.  Counsel for Defendant will prepare a written form of judgment
2  of dismissal.
3  Dated: _____

                        _____
                        United States District Judge

ORDER GRANTING MOTION TO DISMISS FOR LACK OF JURISDICTIN