**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348
njbloomfield@njblaw.com

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>　　Plaintiff,<br><br>　　vs.<br><br>ULI ZANGPO,<br>　　Defendant.<br>_____ | No. CV 08 1945 EMC<br><br>**(PROPOSED) ORDER GRANTING MOTION TO STAY PROCEEDINGS AND DISCOVERY**<br>Date: September 10, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom C, 15th Floor |

　　This matter came on for hearing on September 10, 2008 on Defendant's duly-noticed motion to stay these proceedings and all related discovery pending mandatory binding arbitration. The court has read the papers submitted in support and in opposition to the motion, and has considered the arguments of counsel and the authorities cited to the court.

　　The Court has concluded that this matter should be ordered to arbitration, and that the parties will not be permitted any written discovery or depositions pursuant to the agreement between the parties. Therefore,

　　IT IS ORDERED THAT

　　1. The motion of Defendant is GRANTED.

2.  The parties are ordered to arbitrate their disputes pursuant to the agreement between the parties.

3.  This proceeding is stayed pending the results of the arbitration.

4.  Pursuant to the arbitration agreement between the parties, written discovery or depositions will not be permitted.

Dated: _____

_____
United States District Judge