**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>    Plaintiff,<br><br>vs.<br><br>ULI ZANGPO,<br>    Defendant. | No. CV 08 1945 EMC<br><br>**DECLARATION OF NEIL JON BLOOMFIELD IN SUPPORT OF MOTION TO EXTEND THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Neil Jon Bloomfield, declare as follows:

1. I am the attorney for Defendant Uli Zangpo.

2. Defendant is requesting that the date of the Case Management Conference be extended so that the Court has the opportunity to determine whether it has jurisdiction over the parties prior to the Case Management Conference, and so that the Court has the opportunity to determine whether the agreement of the parties that no discovery or depositions will be permitted supersedes the parties' discovery rights and obligations under the Federal Rules of Civil Procedure and the Northern District Civil Local Rules.

3. On June 16, 2008, I asked Plaintiff, though his counsel, whether he would stipulate to change the date of the Initial Case Management Conference. As of late afternoon on June 17, I have had no response.

1

4.    If the date of the Initial Case Management Conference is not changed, the parties will either be in violation of Federal and Local Rules if they do not exchange initial disclosures, or alternatively will be in violation of the agreement between the parties if they do exchange initial disclosures.  Furthermore, if ther Court grants Defendant's motion to dismiss for lack of jurisdiction, both the parties and the Court will have wasted substantial time and effort preparing for and conducting the initial Case Management Conference .

5.    The only previous time modification in this case has been Plaintiff granting Defendant an extension of time to respond to the Complaint from May 14, 2008 to June 11, 2008.

6.    If this motion is granted, the Initial Case Management Conference (and its related dates) will be extended.  There are not yet any other events scheduled for this case.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of June, 2008, at San Rafael, California.

/s/

_____

Neil Jon Bloomfield