**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348
njbloomfield@njblaw.com

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>    Plaintiff,<br><br>vs.<br><br>ULI ZANGPO,<br>    Defendant. | ) No. CV 08 1945 EMC<br>)<br>) **(PROPOSED) ORDER GRANTING**<br>) **MOTION TO EXTEND DATE OF**<br>) **INITIAL CASE MANAGEMENT**<br>) **CONFERENCE**<br>) |

    This matter came before the Court on Defendant's motion to extend the date of the Initial Case Management Conference. The court has read the papers submitted in support and in opposition to the motion, and has considered the arguments of counsel and the authorities cited to the court.

    The Court has concluded that the date of the Initial Case Management Conference should be extended. Therefore,

    IT IS ORDERED THAT

    1. The motion of Defendant is GRANTED.

    2. The Initial Case Management Conference is rescheduled for September 17, 2008  The last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and

//

//

1

ORDER GRANTING MOTION TO EXTEND DATE OF INITIAL CASE MANAGEMENT CONFERENCE

1  file Case Management Statement is rescheduled to September 10, 2008.

3  Dated: _____

                                          _____
                                                   United States District Judge