*Lead Counsel*
Matthew Kurilich, Bar Number 30172
17321 Irvine Boulevard, Suite 115
Tustin CA 92780
Tel (714) 734-3715
Fax (714) 734-3716
mattkurilich@yahoo.com

*Co-Counsel*
Mark Morrison, Bar Number 152561
220 Second ST, No. 30
Langley, WA 98260
Tel 360-221-0253
Fax 360-851-2010
mark@markmorrisonlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON, an individual; ) | **Case No: 3:08-CV-1945-EMC** |
| ) | |
| Plaintiff, ) | **DECLARATION OF MARK** |
| ) | **MORRISON IN SUPPORT OF** |
| vs. ) | **OPPOSITION TO DISMISS DUE TO** |
| ) | **LACK OF JURISDICTION** |
| ULI ZANGPO, an individual; ) | |
| ) | Date:  September 10, 2008 |
| Defendants. ) | Time:  10:30 a.m. |
| | Courtroom:  C, 15th FLR |

# DECLARATION OF MARK MORRISON

I, MARK MORRISON, hereby declare under penalty of perjury as follows:

1. I, MARK MORRISON, am an attorney at law duly licensed to practice before all courts of the State of California.  I am a sole practitioner.

2. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could competently testify to the same.

3. My family and I sold our California home in December 2004 and have been tenants since. The property known as 30 Prospect Avenue, San Anselmo, CA was an investment property purchased through a 1031 exchange. We rented a home in San Anselmo, California from August 2004 to August 2006. We moved to Detroit, Oregon August 2006, but returned to Fairfax, California November 2006 in order to insure the completion of the Property that is at issue in this complaint. We moved to Langley, Washington August 2007 and currently our bound to a two-year lease agreement for a single-family residence. My wife and I have three young children who currently live with us in Washington. Our children have been enrolled at the Whidbey Island Waldorf School since August 2007 and are currently signed up for the August 2008 school year.

4. I have insurance agents in California, Oregon and Washington. I do not have a stockbroker, but do have a small IRA with a California broker and a brokerage account in Washington. My wife and I are registered Washington voters and I attended the local Island County caucus on behalf of Barrack Obama. My wife and I have Washington Driver's license. I will make a copy of my driver's license available to this Court upon request. I purposely did not attach any document with my residential address due to the fact that defendant, Uli Zangpo, made a death threat against my life. (Exhibit 1 Police Report)

5. I have a vehicle registered in California, Oregon and Washington.[1] My wife and I opened new personal and business bank accounts in Washington and have maintained a California business account for free online banking versus paying $25 per month for such service at our new bank. I have various credit cards issued from various institutions

---

[1] Plaintiff is in the process of transferring the California vehicle. Plaintiff owns a cabin in Oregon and has a truck registered in that State. Plaintiff's primary vehicle is a Honda Odyssey registered in Washington.

DECLARATION OF MARK MORRISON IN SUPPORT OF OPPOSITION TO DISMISS DUE TO LACK OF JURISDICTION

located in various states with all registered to my mailing address in Washington. My primary mailing address is Washington with a secondary and temporary mailing address in California. During the transition time of my personal and business relations, I have maintained a California mailbox service, which is used at this point only as a safeguard in the event I failed to forgot to change an active address and this service will end at the end of the current lease. My California Bar license mailing address is Washington. I use my Washington address for all business relations.

6. My family and I have a Washington doctor and dentist. I have maintained a personal and business relationship with his California accountant for approximately 11 years who is eligible to do tax returns for Washington residents. I maintain a broad-based law practice with cases currently filed in Indiana State Court and United States District Court Northern District of Indiana (Consumer Class Action), United States District Court Central District of California (FLSA case) and just settled a case slated for trial in the United States District Court Middle District of Florida (ADA case). I intend on sitting for the Washington Bar time permitting.

7. I am a member of the board of the Whidbey Island Waldorf School. My family and I have established many active social relationships in Washington and moved here, in part, due to very close family friends who moved here the year prior. My wife and I have a verbal contract to purchase real property as our primary residence in Washington. The transaction is being held up due to an application for the abandonment of a county road easement. I have established a relationship with a licensed Washington real estate broker who is actively looking for investment real estate in Washington.

8. My family and I moved to Washington with the intention of making Washington our primary residence indefinitely.

Dated: 6-20-08

By: /s/Mark Morrison
Mark Morrison

4

DECLARATION OF MARK MORRISON IN SUPPORT OF OPPOSITION TO DISMISS DUE TO LACK OF JURISDICTION



# FAIRFAX POLICE DEPARTMENT
## CAD INCIDENT REPORT
### 070418028

Page 1

06/17/2008

| Location | Cross Streets | City |
|---|---|---|
| FAIRFAX POLICE DEPARTMENT, 144 BOLINAS RD | PARK RD/CREEK RD | FAIRFAX |

| Incident Type | Call Taker | Dispatcher |
|---|---|---|
| THREATS - THREATS | BARBOUR, DAWN | BARBOUR, DAWN |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source |
|---|---|---|---|---|---|---|---|
| 04/18/2007 | 2 | 5L2 | | | DNTN | F4 | TELEPHONE CALL |

| Caller Name | Caller Address | Caller Phone |
|---|---|---|
| MORRISON, MARK | 200 Bolinas Rd, #56, Fairfax | 415-686-2763 |

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| Advice Given | | | |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**
Received   20:01:49
Created    20:07:55
Dispatched 20:08:10
En Route   20:08:10
On Scene   20:13:20
Closed     20:58:40
Rcvd-Closed 56:51

Special Circumstances

Persons

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| 5L2 | Nicholas, Ken (Ofcr) | 20:08:08 | 20:08:10 | 20:13:20 | 20:58:40 | 05:12 | 45:20 | 50:32 |

**Incident Comments**

A former friend of RP's called another mutual friend of RP's making a verbal threat insinuating that RP stole $1000 from him and he's lucky to be alive. The friend, Paul Warren (619-997-6600), was very alarmed and called the RP to report it.
RP is in a contractual dispute with the subj, Uli ZANGPO, WMA 42yo 602/180, blk/bro. Subj lives at ███████████████████████████. Related vehs: Gry 2004 VW Passat SW, Whi GMC large diesel truck, a whi Unimog dumptruck.

| TIME | EVENT |
|---|---|
| 20:07:55 | Incident initiated at Fairfax Police Department, 144 Bolinas Rd, Fairfa2 |
| 20:08:08 | 5L2 DISP. Fairfax Police Department, 144 Bolinas Rd, Fairfax |
| 20:08:10 | 5L2 ENRT. |
| 20:09:57 | Incident comments changed |
| 20:13:20 | 5L2 10-97. |
| 20:13:54 | Incident comments changed |
| 20:58:40 | 5L2 10-8. |
| 20:58:41 | 5L2 Closed - Disposition AG |

*MARK [signature]*