1

*Lead Counsel*
Matthew Kurilich, Bar Number 30172

2
17321 Irvine Boulevard, Suite 115
Tustin CA 92780

3
Tel (714) 734-3715
Fax (714) 734-3716

4
mattkurilich@yahoo.com

5
*Co-Counsel*
Mark Morrison, Bar Number 152561

6
220 Second ST, No. 30
Langley, WA 98260

7
Tel 360-221-0253
Fax 360-851-2010

8
mark@markmorrisonlaw.com

9

10
### UNITED STATES DISTRICT COURT

11
### NORTHERN DISTRICT OF CALIFORNIA

12

13
MARK MORRISON, an individual;           )    **Case No:  3:08-CV-1945-EMC**
                                        )
            Plaintiff,                   )    **PLAINTIFF'S STATEMENT OF NON-**

14                                       )    **OPPOSITION TO DEFENDANT'S**
                                        )    **MOTION TO STAY AND FOR**

15          vs.                          )    **BINDING ARBITRATION**
                                        )

16
ULI ZANGPO, an individual;              )
                                        )    Date:  September 10, 2008

17          Defendants.                  )    Time:  10:30 a.m.
                                        )    Courtroom:  C, 15th FLR
_____    )

18

19          Plaintiff, Mark Morrison, files this statement of non-opposition to Defendant's request

20  for binding arbitration:

21          Plaintiff stipulates to binding arbitration per the terms of paragraph 27 of the "Manzanita

22  Agreement," stipulates that such arbitration will cover any and all actual and potential claims and

23  disputes relating, to or arising from, the Manzanita property that is the subject of the Manzanita

24  Agreement, and stipulates that arbitration thus extends to any and all actual and potential claims

25

and disputes relating, to or arising from, the Prospect property referred to in the Complaint because the parties' contract regarding the Prospect property refers to the Manzanita property.

Plaintiff thus agrees that the Court should order such binding arbitration and stay these proceedings and discovery pending the outcome of arbitration. To be clear, however, Plaintiff does not agree that the Prospect contract is an "addendum" to the Manzanita Agreement—only that the dispute over the Prospect contract relates to, or arises from, the Manzanita property, and that any potential dispute regarding either property or contract should be decided by binding arbitration.

Given Plaintiff's non-opposition to arbitration, and the simplicity of the issues presented by Defendant's motion for dismissal based on jurisdiction (given Plaintiff's response establishing the State of Washington as his residence), Plaintiff requests that the Court issue its orders on both motions on July 16, 2008 at the Case Management Conference or issue its orders on both motions without a Case Management Conference. Plaintiff is prepared to immediately move forward with binding arbitration under this Court's jurisdiction.

Dated:  6-20-08                          Respectfully submitted,

                                         MATT KURILICH ATTORNEY AT LAW


                                         By: /s/Matt Kurilich
                                             Matt Kurilich,
                                             Attorney for Plaintiff


*Co-Counsel*
Mark Morrison, Bar Number 152561
220 Second ST, No. 30
Langley, WA 98260
Tel 360-221-0253
Fax 360-851-2010
mark@markmorrisonlaw.com