*Lead Counsel*
Matthew Kurilich, Bar Number 30172
17321 Irvine Boulevard, Suite 115
Tustin CA 92780
Tel (714) 734-3715
Fax (714) 734-3716
mattkurilich@yahoo.com

*Co-Counsel*
Mark Morrison, Bar Number 152561
220 Second ST, No. 30
Langley, WA 98260
Tel 360-221-0253
Fax 360-851-2010
mark@markmorrisonlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON, an individual; ) | **Case No: 3:08-CV-1945-EMC** |
| ) | |
| Plaintiff, ) | **DECLARATION OF MATTHEW** |
| ) | **KURILICH IN SUPPORT OF** |
| vs. ) | **OPPOSITION TO EXTEND CASE** |
| ) | **MANAGEMENT** |
| ULI ZANGPO, an individual; ) | |
| ) | Date: September 10, 2008 |
| Defendants. ) | Time: 10:30 a.m. |
| ) | Courtroom: C, 15th FLR |

## DECLARATION OF MATTHEW KURILICH

I, MATTHEW KURILICH, hereby declare under penalty of perjury as follows:

1. I, MATTHEW KURILICH, am an attorney at law duly licensed to practice before all courts of the State of California. I am a sole practitioner.

2. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could competently testify to the same.

1

DECLARATION OF MATTHEW KURILICH IN SUPPORT OF OPPOSITION TO MOTION TO EXTEND

CASE MANAGEMENT CONFERENCE

3. I received a phone call from defendant's counsel, Neil Bloomfield (Bloomfield), on May 12, 2008 asking for a 28-day extension to answer the complaint on June 11, 2008 as Bloomfield stated he had yet to meet with his client and he needed time to answer the detailed complaint.

4. On June 9, 2008, I received a letter from defendant's counsel, Bloomfield, requesting mediation and binding arbitration.

5. On June 10, 2008, I called Bloomfield and had a brief conversation where I granted a second extension to file an answer and further agreed that I would draft and deliver a proposed stipulation for binding arbitration, which was completed via email on June 11, 2008 at 1:46 p.m. (Exhibit 1 Email)

6. In my telephone discussion with Bloomfield, we did not discuss the motion to dismiss or the motion to stay.

7. I spoke with Bloomfield on 6-20-08 for the purpose of complying with meet and confer requirements and he was unavailable to speak so we agreed to continue our conversation later.

Dated: 6-20-08

By: /s/Matthew Kurilich
Matthew Kurilich,

2

DECLARATION OF MATTHEW KURILICH IN SUPPORT OF OPPOSITION TO MOTION TO EXTEND CASE MANAGEMENT CONFERENCE

1  From:   John Crabtree
   Subject:   **Morrison v. Zangpo**
2  Date:   June 11, 2008 1:46:46 PM PDT
   To:   Neil Jon Bloomfield
3  Cc:   Matt Kurilich mattkurilich@yahoo.com, Mark Morrison Law
   > 1 Attachment, 85.0 KB

4  Mr. Bloomfield,

5  At the request of Matt Kurlich and Mr. Morrison, I am forwarding the attached, proposed stipulation, which includes certain edits dictated to me.

6  

7  If you have any questions, please call Mr. Kurilich.   (Please note that I am not counsel for Mr. Morrison).

8  

9  John G. Crabtree
   *Florida Bar Board Certified Appellate Lawyer*
10 **John G. Crabtree, P.A.***
11 ***A member of The Florida Appellate Alliance, P.L.C.**
   328 Crandon Boulevard, Suite 225
12 Key Biscayne, FL 33149
13 Telephone (305) 361-3770
14 Facsimile (305) 437-8118
   Mobile (305) 815-2088
15 jcrabtree@crabtreelaw.com
16 www.crabtreelaw.com
   www.appellatealliance.com
17

18 CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion
19 No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying,
20 distribution, or the taking of any action in reliance upon the communication is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or be a waiver
21 of any applicable privilege as to this communication or otherwise. If you have received this
22 communication in error, please contact the sender at jcrabtree@crabtreelaw.com or by telephone at (305) 361-3770. Thank you.
23
                              **Exhibit 1**
24
25
                                 3

DECLARATION OF MATTHEW KURILICH IN SUPPORT OF OPPOSITION TO MOTION TO EXTEND

CASE MANAGEMENT CONFERENCE