**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:   415-457-5348
njbloomfield@njblaw.com

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>    Plaintiff,<br><br>    vs.<br><br>ULI ZANGPO,<br>    Defendant.<br>_____ | ) No. CV 08 1945 EMC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  June 30, 2008                              LAW OFFICES OF NEIL JON BLOOMFIELD

                                                                              /s/
                                                           By: _____
                                                                    Neil Jon Bloomfield
                                                                    Attorney for Defendant Uli Zangpo

1
CONSENT TO PROCEED BEFORE A UNIITED STATES MAGISTRATE JUDGE