UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>ULI ZANGPO,<br><br>        Defendant.<br>_____/ | No. C-08-1945 EMC<br><br>**ORDER GRANTING IN PART MOTION TO STAY DISCOVERY AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; SETTING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE; AND CONDITIONALLY ORDERING MANDATORY ARBITRATION**<br><br>**(Docket Nos. 8, 11, 14)** |

The Court has received Defendant's motion to stay proceedings and discovery pending mandatory binding arbitration, motion to extend initial Case Management Conference, and motion to dismiss for lack of jurisdiction, and Plaintiff's responses thereto. Good cause appearing therefor, the Court hereby orders as follows.

The motion to stay is **GRANTED IN PART**. Pending disposition of the motion to dismiss, all discovery shall be stayed except that the parties shall complete their initial disclosures by July 16, 2008. The motion to continue the initial Case Management Conference is **GRANTED IN PART**.

///
///
///
///
///
///

1  The hearing on the motion to dismiss and the initial Case Management Conference shall be
2  held at 10:30 a.m. on July 23, 2008.  Defendant's reply shall be filed and served by July 9, 2008.
3  Should the motion to dismiss be denied, the Court will order mandatory arbitration.
4  This order disposes of Docket Nos. 11 and 14.

6  IT IS SO ORDERED.

8  Dated:  July 1, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge