C08-1945 EMC

Post Office Box 720073
San Diego, CA 92172

In regards to: Case 3:08-cv-01945-EMC

Honorable Magistrate Judge Edward M. Chen
Phillip Burton United States Courthouse
16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

**FILED**
**JUL 03 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Magistrate Judge Edward M. Chen:

Subject: Morrison Residence 30 Prospect; San Anselmo, CA a.k.a. The Project

This pending lawsuit between Mark Morrison and Uli Zangpo bothers me so much I am impelled to write you. I hope and pray you will consider what I need to communicate to you. Writing you does not bring me joy but perhaps closure.

Mark Morrison originally hired me to be the "Licensed" General Building Contractor for this job; my name is listed on the original permit as contractor. (Please reference the plaintiffs' document 1-2.) My agreement with Mark Morrison was for $5000 per month plus 10% of the final profit. Mark had projected a 300,000. profit; Such a profit would have yielded me 30,000 and catapulted me out of debt. This was the promise. Needless to say, I was motivated to do an excellent job for Mark Morrison. I removed asbestos ducting, worked extra hours and did extra things because I believed in the words given and spoken by Mark Morrison. Additionally, my family and I moved from San Diego to San Rafael and were committed to the project. Prior to arriving in April I had diligently studied the original plans and was ready to handle the project. Shortly after my arrival, Mark had a friend come by named Uli Zangpo, an unlicensed contractor. Immediately, Uli Zangpo, came to my jobsite and started telling me what when, where and how to do things. I told Uli Zangpo that the permit was issued in my name and that I was the General Contractor and that for Safety, design, strategic and other considerations he needed to work with me not against me. Moreover, Uli Zangpo would for example go into excruciating detail on how to do something I already had training, experience and sometimes certification in without solicitation. I remember asking myself and Mark Morrison, "...who is this guy? Am I not the General Contractor liable for all work performed in accordance with the Town of San Anselmo?" Mark Morrison replied, "... Don't worry Paul. He's just helping me with a few things..." From the very beginning, I informed Mark Morrison that Uli Zangpo was incorrigible, reckless, and most importantly unlicensed. Mark Morrison responded verbatim, "I don't care if he's licensed; that doesn't matter to me. Anybody can get a license..." This upset me a little bit because his disparaging comment devalued my 15 years as a handyman, rigorous Title 24 et al. studies, and my B license issued by the Great State of California. I continued to work under these conditions until the beginning of June when Mark told me he would no longer offer the 10% deal as promised and that he was deliberately choosing an unlicensed contractor to proceed with the work. I was hurt. I was furious. I called him a liar and a cheat and he coldly replied, "Yes. Paul. I am a liar and I am a cheat. What are you going to do?" This infuriated me and I immediately notified the Town off San Anselmo of Uli's code violations and shoddy work. I also asked in a letter on file with the town since June 6, 2006 that I wanted my name and license to no longer be affiliated with the project.

<u>Mark Morrison broke his word to me and his bond. A mans word is his bond.</u> Mark was admonished about the use of unlicensed contractors prior to building. He knowingly, carelessly and flippantly hired one. Furthermore, He deliberately hired illegal aliens on this job. Mark Morrison respects the law only when it benefits him. I am sad to say this about Mark Morrison because I liked him, his wife and his children. We had a history. Uli Zangpo is a menace to society. His rampant, continuous, and unskilled contracting activities must be stopped. Otherwise, what honor is left for those who follow the contracting laws?

I solemnly and sincerely promise and swear that all contained herein to be the whole truth and nothing but the truth. Please reward neither party.

Respectfully,

Paul L. Warren
General Building Contractor Warren Construction    ☏ 619 997 6600