*Lead Counsel*
Matthew Kurilich, Bar Number 30172
17321 Irvine Boulevard, Suite 115
Tustin CA 92780
Tel (714) 734-3715
Fax (714) 734-3716
mattkurilich@yahoo.com

*Co-Counsel*
Mark Morrison, Bar Number 152561
220 Second ST, No. 30
Langley, WA 98260
Tel 360-221-0253
Fax 360-851-2010
mark@markmorrisonlaw.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON, an individual; | **Case No: 3:08-CV-1945-EMC** |
| Plaintiff, | **PLAINTIFF'S MOTION TO REQUEST TELEPHONIC APPEARANCE AT HEARING AND CMC 6-23-08;** ~~צ.2ס﬩~~ |
| vs. | |
| ULI ZANGPO, an individual; | |
| Defendants. | Date: July 23, 2008 |
| | Time: 10:30 a.m. |
| | Courtroom: C, 15th FLR |

Plaintiff, Mark Morrison, makes a motion to appear by telephone for the July 23, 2008 hearing and CMC.

My client and co-counsel, Mark Morrison, resides in Langley, WA and I reside in Orange County, CA making travel to San Francisco, CA costly from environmental, financial and time perspectives. My sense is that the hearing will be short and that our opposition to defendant's motion to dismiss based upon jurisdiction sufficiently presents our position.

1    In the event your Honor would like a personal appearance by plaintiff, we will honor that

2  order.  Otherwise, we respectfully request permission to appear by telephone.

3

4  Dated:  7-3-08                                    Respectfully submitted,

5                                                           MATT KURILICH ATTORNEY AT LAW

6

7                                                           By: /s/Matt Kurilich
                                                               Matt Kurilich,
8                                                             Attorney for Plaintiff

9  *Co-Counsel*
   Mark Morrison, Bar Number 152561
10  220 Second ST, No. 30
    Langley, WA 98260
11  Tel 360-221-0253
    Fax 360-851-2010
12  mark@markmorrisonlaw.com

13

14  IT IS SO ORDERED THAT PLAINTIFF COUNSEL SHALL APPEAR IN PERSON.
    PLAINTIFF'S APPEARANCE IS NOT REQUIRED.
15

16

17

18

19                         DENIED WITHOUT
                              PREJUDICE
20

21                         Judge Edward M. Chen

22

23
    _____
24  Edward M. Chen
    United States Magistrate Judge
25