**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:   415-457-5348
njbloomfield@njblaw.com

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>    Plaintiff,<br><br>    vs.<br><br>ULI ZANGPO,<br>    Defendant. | )   No. CV 08 1945 EMC<br>)<br>)   CERTIFICATION OF INTERESTED<br>)   ENTITIES OR PARTIES PURSUANT TO<br>)   LOCAL CIVIL RULE 3-16<br>)<br>)<br>)<br>) |

_____

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1)   Jennifer Baker:  Wife of Defendant, party to the agreements, part equity owner of the real estate parcel(s) at issue in this case.

(2)   Jim Sciaroni:  Capitol contributor to, party to the agreements concerning and part equity owner in the real estate parcel(s) at issue in this case.

(3) Steven Finkbine: Part equity owner of and party to agreements concerning the real estate parcel(s) at issue in this case.

(4) Sandra Simich: Part equity owner of and party to agreements concerning the real estate parcel(s) at issue in this case.

Respecfully Submitted:

Law Offices of Neil Jon Bloomfield

By  /s/ Neil Jon Bloomfield     Dated: July 16, 2008

Attorneys for Defendant Uli Zangpo