**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348
njbloomfield@njblaw.com

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>    Plaintiff,<br><br>vs.<br><br>ULI ZANGPO,<br>    Defendant. | No. CV 08 1945 EMC<br><br>**PROPOSED ORDER ON ADMINISTRATIVE REQUEST TO STRIKE PLAINTIFF'S DECLARATION IN OPPOSITION OF DECLARATION OF SUPPORT WITHOUT LEAVE OF COURT** |

IT IS HEREBY ORDERED pursuant to Local Rule 7-11 that the Second Declaration of Mark Morrison in Support of Opposition to Dismiss Due to Lack of Jurisdiction, filed on July 11, 2008 as Document #33 is stricken and not to be considered by the Court, as it was filed in violation of Local Rule 7-3(d), without prior approval of the Court.

Dated: July __, 2008

_____
Magistrate Judge Edward Chen

1

Order Granting Administrative Request to Strike