**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** July 23, 2008

**Case No:**   C08-1945 EMC                          **Time:** 11:47-12:23 a.m.

**Court Reporter**: Belle Ball

**Case Name:** Mark Morrison v. Uli Zangpo

**Attorneys:**          Mark Morrison, pro se/Co-Counsel for Plaintiff
                        Neil Bloomfield for Defendant

**Deputy Clerk:**       Betty Fong


**PROCEEDINGS:**

- (1) DEFENDANT'S MOTION TO DISMISS
- (2) CMC


**ORDERED AFTER HEARING:**

Defendant's motion to dismiss is denied.  Court will issue order.
Plaintiff shall file motion for reconsideration re binding arbitration by 8/4/08.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x ]  Court

**Case continued to:**   10/15/08 at 2:30 p.m. for Further CMC

cc: EMC