UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON, | No. C-08-1945 EMC |
| Plaintiff, | **AMENDED CLERK'S NOTICE** |
| v. | |
| ULI ZANGPO, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT **PLAINTIFF'S MOTION FOR RELIEF FROM STIPULATION AND OPPOSITION TO DEFENDANT'S MOTION FOR BINDING ARBITRATION** is set for **September 17, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by August 14, 2008 as previously set by this court. There shall be no reply.

Dated: August 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy