**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:  415-457-5348

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>     Plaintiff,<br><br>vs.<br><br>ULI ZANGPO,<br>     Defendant. | No. CV 08 1945 EMC<br><br>**ERRATA (Declaration of Uli Zangpo)**<br><br>Date:  September 17, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom C, 15th Floor |

The Declaration of Uli Zangpo, filed herein on August 14, 2008, as Document 45 should be corrected as follows:

   1   On page 7, at lines 27-28, "I guess because Plaintiff was more concerned about protecting himself then protecting me." Should be corrected to read, "I guess because Plaintiff was more concerned about protecting himself than he was concerned about protecting me.

   2   On page 9, lines 6-7, "(prior to that I did know plaintiff)" should be corrected to read "(prior to that I did not know plaintiff)"

   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of August, 2008, at San Geronimo, California.

                                                         /s/                       .
                                                    Uli Zangpo