UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK MORRISON,

        Plaintiff,

    v.

ULI ZANGPO,

        Defendant.
_____/

No. C-08-1945 EMC

**ORDER RE SUR-REPLY FOR DEFENDANT'S MOTION TO EXPUNGE**

The Court has reviewed Defendant's reply brief filed in support of his motion to expunge the lis pendens. Because the reply brief raises new arguments -- *i.e.*, arguments that were not made in the opening motion -- the Court shall give Plaintiff an opportunity to respond to those new arguments. Plaintiff's sur-reply shall be filed no later than February 4, 2009. The sur-reply shall be no longer than fifteen (15) pages.

IT IS SO ORDERED.

Dated: January 29, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge