UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>ULI ZANGPO,<br><br>        Defendant.<br>_____/ | No. C-08-1945 EMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO EXPUNGE AND CASE MANAGEMENT CONFERENCE** |

Previously, the parties entered into a settlement which was contingent on certain events. The Court has now been informed by the parties that those events have been resolved, and it is the Court's understanding that Judge Zimmerman has retained jurisdiction to resolve any disputes between the parties about the terms or language of the settlement agreement. In light of this situation, the Court shall **VACATE** the hearing on Defendant's motion to expunge, which had been set for February 11, 2009. The Court also **VACATES** the briefing schedule on the motion to expunge (*i.e.*, Plaintiff need not file a sur-reply by February 4, 2009, as previously ordered). Finally, the Court **VACATES** the case management conference that was also set for February 11, 2009.

///
///
///
///
///
///

By March 18, 2009, the parties shall file a joint status conference statement, which shall inform the Court about the status of the settlement. The parties shall also provide their respective positions as to whether continued briefing and a hearing on the motion to expunge is necessary. The Court shall thereafter hold a case management conference on **March 25, 2009, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: February 2, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2