1 **LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
2 901 E Street, Suite 100
San Rafael, CA 94901
3 Telephone: 415-454-2294
4 Facsimile: 415-457-5348

5
Attorneys for Defendant
6 ULI ZANGPO

7

8 UNITED STATES DISTRICT COURT FOR THE

9 NORTHERN DISTRICT OF CALIFORNIA

10

11

12 MARK MORRISON. ) No. CV 08 1945 EMC
    Plaintiff, )
13 ) **ORDER CONTINUING CASE**
    vs. ) **MANAGEMENT CONFERENCE**
14 )
15 ULI ZANGPO, )
    Defendant. )
16 _____ )

17

18     The Stipulation of the parties is hereby adopted, and its terms incorporated herein. The Case

19 Management Conference previously set for March 25, 2009 is ordered continued to April 2, 2009. [modified to 8]

20 at 2:30 p.m. A joint case management conference statement due April 1, 2009.
    SO ORDERED.

21

22 Dated: _____March 25, 2009_____

23

24 _____
Judge, [stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]
25

26

27

28

1
ORDER CONTINUING CASE MANAGEMENT CONFERENCE