**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: 415-454-2294
Facsimile: 415-457-5348

Attorneys for Defendant
ULI ZANGPO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>   Plaintiff,<br><br>    vs.<br><br>ULI ZANGPO,<br>   Defendant.<br>_____ | ) No. CV 08 1945 EMC<br>)<br>) **ORDER CONTINUING CASE**<br>) **MANAGEMENT CONFERENCE**<br>)<br>)<br>)<br>) |

The Stipulation of the parties is hereby adopted, and its terms incorporated herein. The Case Management Conference previously set for April 8, 2009 is ordered continued to June 10, 2009. at 2:30 p.m. An updated Joint CMC statement shall be filed by June 3, 2009.

SO ORDERED.

Dated: _____April 2, 2009____

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

1
ORDER CONTINUING CASE MANAGEMENT CONFERENCE