Law Offices of Neil Jon Bloomfield
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348

Matthew Kurilich, Bar Number 3071217321
17321 Irvine Boulevard, Suite 115
Tustin CA 92780
Tel (714) 231-9607
Fax (714) 734-3716

Mark Morrison, Bar Number 152561220
220 Second St, No. 30
Langley, WA 98260
Tel 360-221-0253
Fax 360-851-2010

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORRISON.<br>　　Plaintiff,<br><br>　　vs.<br><br>ULI ZANGPO,<br>　　Defendant. | No. CV 08 1945 EMC    ~~Proposed~~<br><br>STIPULATION OF DISMISSAL AND<br><br>[~~PROP~~OSED] ORDER |

As the parties, Mark Morrison, Plaintiff, and Uli Zangpo, Defendant, through their undersigned counsel, have reached a settlement of this matter, and as such the parties:

Stipulated  Order of Dismissal

- 1 -

HEREBY STIPULATE AND AGREE that this action, including all claims and counter-claims filed with this Court be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

STIPULATE AND AGREE that the Court shall retain jurisdiction over

(1) enforcing this stipulation and order;

(2) resolving any disputes as to the form and content of the documents implementing the settlement, and that any such disputes be resolved by Judge Magistrate Zimmerman.

(3) enforcing the terms of the settlement agreement;

(4) Assisting in the implementation of the related settlement between Jim Sciaroni and Uli Zangpo which is scheduled to close simultaneously with the close of escrow contemplated by the pending settlement hereunder, and that any such disputes will be resolved by Judge Magistrate Zimmerman.

FURTHER STIPULATE AND AGREE that each party shall bear his own attorney's fees and costs incurred except as otherwise set forth in the settlement documents executed by the parties.

                LAW OFFICES OF Matthew Kurlich

Date: 3-30-09           /s/ Matt Kurlich
                      By: _____
                          Matthew Kurlich

                Confirmed: /s/Mark Morrison  Dated: 3-30-09
                        Mark Morrison

LAW OFFICES OF Neil Jon Bloomfield

Date: 4-24-09            /s/ Neil Jon Bloomfield
                  By: _____
                         Neil Jon Bloomfield

Pursuant to the above Stipulation, and for good cause appearing therefore, IT IS SO ORDERED.

Dated:        May 27,        2009

_____
Honorable Judge Edward M. Chen
United Stated Magistrate

*IT IS SO ORDERED — Judge Edward M. Chen*
*United States District Court, Northern District of California*

Stipulated Order of Dismissal

- 3 -